UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALFREDO ESPINOZA,<br><br>        Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. CV 09-1032-VBF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petition filed herein is **dismissed with prejudice.**

///

///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein by the United States mail on petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 6-8-09

                                                VALERIE B. FAIRBANK
                                                United States District Judge