# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALFREDO ESPINOZA,<br>           Petitioner,<br>vs.<br>KEN CLARK, Warden,<br>           Respondent. | Case No. CV 09-1032-VBF (JWJ)<br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is **dismissed with prejudice.**

DATED: 6-8-09

VALERIE B. FAIRBANK
United States District Judge